# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE L. YOUNGBLOOD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TUTOMER, et al.,<br><br>　　　　　Defendants. | No.  1:24-cv-00013-KES-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY IN FORMA PAUPERIS STATUS AND ORDERING PLAINTIFF TO PAY FILING FEE<br><br>Doc. 8 |

　　　　Plaintiff Jesse L. Youngblood is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 4, 2024, plaintiff filed his initial complaint along with a motion to proceed in forma pauperis.  Docs. 1, 2.  On January 9, 2024, the assigned magistrate judge issued findings and recommendations that plaintiff's application to proceed in forma pauperis be denied pursuant to 28 U.S.C. § 1915(g) and that plaintiff be required to pay the $405.00 filing fee in full to proceed with this action.  Doc 8.  Specifically, the findings and recommendations find that plaintiff has accumulated more than three "strikes" and that he has failed to demonstrate that he meets the imminent danger exception under 28 U.S.C. § 1915(g).  *Id.* at 2.  Plaintiff timely filed objections on January 22, 2024.  Doc. 9.

Plaintiff's objections assert that he is "guaranteed…viable and adequate access to the courts for available remedies." *Id.* at 2.  However, the findings and recommendations do not recommend dismissal of plaintiff's case; they recommend that plaintiff not be allowed to proceed in forma pauperis.  If plaintiff pays the required filing fee, his action may proceed.  In his objections, plaintiff also argues he should be granted in forma pauperis status in this action because he had previously been granted such status in prior cases. *Id.* at 2.  However, the determination of in forma pauperis status in the instant action is based on plaintiff's present circumstances, and the magistrate judge correctly found that in forma pauperis status should be denied as the plaintiff has three prior "strikes" and fails to meet the imminent danger exception under 28 U.S.C. § 1915(g).  Doc. 8.

Pursuant to 28 U.S.C. § 636 (b)(1), this Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.  Thus, plaintiff may not proceed in forma pauperis and is required to pay the filing fee in full before proceeding any further with this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on January 9, 2024, Doc. 8, are ADOPTED in full;
2. Plaintiff is PRECLUDED from proceeding in forma pauperis in this action pursuant to 28 U.S.C. § 1915(g); and
3. Plaintiff SHALL pay the $405.00 filing fee within thirty (30) days of the date of service of this order.  If plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.

IT IS SO ORDERED.

Dated:   January 10, 2025

UNITED STATES DISTRICT JUDGE